|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | **SEND** |

### CIVIL MINUTES -- GENERAL

Case No.   **CV 11-7034-JFW**                                          Date: **December 8, 2011**
[1:09-bk-14212 GM] [1:10-ap-1031 GM]

Title:   In Re: Roosevelt Lofts, LLC.
         David A. Tilem -v- Bank of America, N.A., et al.

**PRESENT:**

   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

   **Shannon Reilly**                                      **None Present**
   Courtroom Deputy                                         Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**              **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                           None

**PROCEEDINGS (IN CHAMBERS):**     ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION

   Appellant is ordered to show cause, in writing, no later than **December 19, 2011**, why this action should not be dismissed for lack of prosecution.

   No oral argument on this matter will be heard unless otherwise ordered by the Court.  See Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause may result in the dismissal of this action.

   IT IS SO ORDERED.

Initials of Deputy Clerk __sr__

(Rev. 10/1/04)