JS-6
cc: Bankruptcy Court

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 11-7034-JFW**<br>[1:09-bk-14212 GM] [1:10-ap-1031 GM] | Date: April 19, 2012 |
| Title: | In Re: Roosevelt Lofts, LLC.<br>David A. Tilem -v- Bank of America, N.A., et al. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**    ORDER AFFIRMING ORDER FIXING PROFESSIONAL COMPENSATION ENTERED ON AUGUST 1, 2011 BY THE UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

     On August 25, 2011, Appellant David A. Tilem ("Appellant") filed a Notice of Appeal in this Court from the Order Fixing Professional Compensation entered on August 1, 2011 by the Honorable Geraldine Mund of the United States Bankruptcy Court for the Central District of California. On February 29, 2012, Appellant filed his Opening Brief. After becoming aware that the docket for the appeal had an incomplete service list, on April 10, 2012, the Court ordered all interested parties to file a notice of appearance and statement on or before April 18, 2012, advising the Court whether the interested party intended to file a brief in opposition to Appellant's Opening Brief. As ordered by the Court, Appellant served a copy of the Court's Order on all interested parties to this appeal. No party has filed a notice of appearance or statement with the Court. Accordingly, the Court finds it unnecessary to set a new briefing schedule or hearing date for this appeal, and finds that this matter is appropriate for decision without oral argument. The hearing calendared for April 23, 2012 is hereby vacated and the matter taken off calendar. After reviewing Appellant's Opening Brief and the arguments therein, the Court rules as follows:

     "The district court's standard of review over a bankruptcy court's decision is identical to the standard used by circuit courts reviewing district court decisions." *In re Boyd*, 243 B.R. 756, 759 (N.D. Cal. 2000) citing *In re Baroff*, 105 F.3d 439, 441 (9th Cir. 1997). Accordingly, the Court

reviews the Bankruptcy Court's Order Fixing Professional Compensation for an abuse of discretion, although it reviews the legal principles underlying the fee award de novo. *See, e.g., Moreno v. City of Sacramento*, 534 F.3d 1106, 1111 (9th Cir. 2008).

Upon review of the record and Appellant's Opening Brief, the Court concludes that Bankruptcy Judge Mund did not abuse her discretion in fixing the professional compensation of Appellant, nor did she commit any error of law. Accordingly, the Order Fixing Professional Compensation entered on August 1, 2011 by the Honorable Geraldine Mund of the United States Bankruptcy Court for the Central District of California is **AFFIRMED.**

IT IS SO ORDERED.